AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Thomas M. Newsome ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   9:09-CV-2859-DCN |
| Commissioner of the Social Security Administration ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is ordered and adjudged that the Commissioner's decision is reversed and remanded under Sentence Four of 42 U.S.C. § 405(g) for further administrative action.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, Chief United States District Judge.

Date:   March 16, 2011                                 *CLERK OF COURT*

                                                        s/John P. Bryan, Jr.
                                              _____
                                              *Signature of Clerk or Deputy Clerk*